AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:10 pm, Jul 08, 2020

GEOFFREY GRAHAM,
    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV520-35

TOMMY BROWN, et. al.,
    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 8th day of July 2020, adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court, Judgment is hereby entered dismissing without prejudice Plaintiff's Complaint, and denying Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

July 8, 2020
Date

John E. Triplett, Acting Clerk
Clerk

Candy Asbell
(By) Deputy Clerk

GAS Rev 10/1/03