# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| GEOFFREY GRAHAM, | * |
| Plaintiff, | *  CIVIL ACTION NO.: 5:20-cv-35 |
| v. | * |
| TOMMY BROWN; and RODNEY WILKES, | * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 35. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Defendants' Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's Complaint based on his failure to exhaust his administrative remedies, and **DENIES** Plaintiff judgment on the pleadings. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES**

AO 72A
(Rev. 8/82)

Plaintiff leave to proceed *in forma pauperis* on appeal.

SO ORDERED, this \_\_\_10\_\_\_ day of \_\_\_February\_\_\_, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA